FILED

FEB - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Louis Whitehead,

    Plaintiff,

v.

Twentieth Century Fox Film Corp. *et al.*,

    Defendants.

CASE NUMBER   1:07MS00063

JUDGE: Unassigned

DECK TYPE: Miscellanous

DATE STAMP: 02/8/2007

### MEMORANDUM OPINION

Plaintiff is barred from filing actions in this Court without first obtaining leave of court by satisfying specific requirements. *See Whitehead v. Friedman*, Civ. Action No. 02-1630 (Order, Sept. 8, 2003). By Order of January 7, 2007, the United States District Court for the Eastern District of Virginia transferred this copyright infringement case here, but with the observation that plaintiff had filed the action there "to avoid the consequences of the District Court of the District of Columbia's prefiling injunctions." Order at 2. Previously, this Court had made a similar observation when plaintiff filed this case in the Superior Court of the District of Columbia and, thus, dismissed it based on plaintiff's failure to comply with the barring order. *See Whitehead v. Twentieth Century Fox Film Corp., Inc.*, Civ. Action No. 05-1462 (Mem. Op., Aug. 29, 2005). Plaintiff has not sought leave to file this case. Therefore, consistent with the Court's previous ruling, it will be dismissed. A separate Order accompanies this Memorandum Opinion.

                                                               United States District Judge

Date: Feb 8, 2007