UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| David Louis Whitehead,<br><br>Plaintiff,<br><br>v.<br><br>Twentieth Century Fox Film Corp. *et al.*,<br><br>Defendants. | )<br>)<br>)<br>) CASE NUMBER   1:07MS00063<br>) JUDGE: Unassigned<br>) DECK TYPE: Miscellanous<br>) DATE STAMP: 02/8/2007<br>) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 8th day of February 2007,

ORDERED that the application to proceed *in forma pauperis* is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice.

SO ORDERED.

*/s/ Ricardo M. Urbina*
United States District Judge