CLERK
US DISTRICT &
BANKRUPTCY COURTS

2008 FEB -1 AM 11: 37

RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LOUIS WHITEHEAD,

PLAINTIFF,

V.                    CASE No. 07-MS or MC-00063    (Judge Ricardo Urbina)

TWENTIETH CENTURY FOX FILM CORP, ET AL.

DEFENDANTS,

MOTION FOR LEAVE TO ATTACHED AFFIDAVIT AND FILM DVDS
"THE PASSION OF THE CHRIST" IN SUPPORT OF PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT, RESERVING THE RIGHT FILE AND
AMENDED AFFIDAVIT OF REV. BRIAN HAMILTON

Comes Now plaintiff David Louis Whitehead moves with his motion for leave to
attached affidavit and film dvds "The Passion of the Christ" in support of motion for
partial summary judgment based on the discussion below:

Opposing Counsel does not consent to the motion.

In the motion for leave for partial summary judgment, plaintiff had reserved the
right to attached defendants film dvd "The Passion of Christ" to his motion for judgment.
See attached affidavit of David Louis Whitehead.

Plaintiff also wishes to further add to his argument on access and striking
similartities, which is essential to his motion for partial summary judgment and/or
summary judgment. *See attached affidavit of Rev. Brian Hamilton as plaintiff's exhibit*
*B*.

Plaintiff David Louis Whitehead has provided the court with expert testimony of Rev. Hamilton, who took a religious course from the great religious scholar Raymond Brown, who wrote the book entitled "The Death of the Messiah". Plaintiff also has provided the court with his copyright certificate and excerpts of God vs. Satan and excerpts of the book "The Guide to the Passion…" Moreover, the plaintiff has provided the court with the dvd film "The Passion of the Christ". There is no where in the holy bible, which states that Satan was present during Jesus's trial before Pontius Pilate. Moreover, there is no record in the holy bible whereas, the character Satan goes into a frenzy after Christ resurrects from the dead. Plaintiff has original intellectual property entitled "God vs. Satan", copied by the defendants. Nothing that defendant's Garden of Gethesmane scene with Jesus and the serpent Satan was fictional, not true. The scene was copied from "God vs. Satan" scenes, development and action.

In conclusion, plaintiff prays that the court will grant his motion.

Respectfully,

David Louis Whitehead

P.O. Box 222 Bryans Rd., Maryland 20616

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LOUIS WHITEHEAD,

PLAINTIFF,

V.                          CASE No. 07-MS or MC-00063      (Judge Ricardo Urbina)

TWENTIETH CENTURY FOX FILM CORP, ET AL.

DEFENDANTS,

<u>AFFIDAVIT OF DAVID LOUIS WHITEHEAD</u>

I David Louis Whitehead testify under the laws of perjury that the following

statements are true to the best of my abilities:

I am a person over the age of 18 years old.

*I*

*The Passion of the Christ dvds evidence*

<u>Exhibit A</u> are true (2) copies of film dvds entitled "The Passion of the Christ", produced

by Warner Bros, 20th Century Fox Film Corp, Icon Production and Mel Gibson.

Therefore, Time Warner and Warner Bros should also be named in this case as a

defendant. David Whitehead has sued Time Warners Dick Parsons in a number of

lawsuits. Mr. Parsons was a Board of Trustees member at Howard University, where Mr.

Whitehead attended graduate school.

<u>Exhibit B</u> is a true copy of affidavit of Rev. Brian E. Hamilton on the striking similarities

between the play "God vs. Satan" and The Passion of the Christ and "Guide to the

Passion"

Exhibit C is a true Wikipedia biographical data on Leo J. O'Donovan.

Exhibit D is a true copy of email from Dreamworks Pictures Attorney David Seltzer to David Whitehead, concerning his Aretha film script.

Exhibit E is a true copy of email from CAA (Creative Artists Agency) to Jacqueline McClusky dated May 15, 2006.

Exhibit F is a true copy of letter from Jacqueline McClusky to Peter Levine of CAA.

Exhibit G is a true email attachment letter from Aretha Franklin's attorney Scott A. Steinhoff to David L. Whitehead dated August 31, 2004. The letter went out to Aretha Franklin and her agent Dick Alen. Noting that Dick Alen works at WMA, where Jenifer Hudson is attached to. Ms. Hudson starred in Dreamgirls.

Exhibit H is a true copy of Attorney Tamara Davis-Brown's letter dated Feb. 21, 2005 to Warner Bros Film on the Aretha screenplay. Mrs. Brown sent letter out to David Whitehead, Richard Alen and Scott Steinhoff, and Jenni Luke for Charles Burnett.

Exhibit I is a true copy of letter from David Whitehead to Aretha Franklin, and signed by an employee for the Four Seasons Hotel in Washington, D.C..

Exhibit J is a true copy of a pleading and exhibits allowed by Judge Ricardo Urbina dated January 24 2008.

It is alleged that Howard University and Dick Parsons and the chair of the Political Science Department Ronald Walters *(also a board of trustee member, sued by Mr. Whitehead, in Whitehead v. Jenifer, et al., in the Superior Court for the District of Columbia. The case was settled on appeal)* stole and sold Mr. Whitehead's college paper "*International Law Regarding the Use of Force and Collective Security, A Comparative Analysis of the Persian Gulf and Korean Wars*", to create the Time Warner's New Line Cinema Film, entitled "Wag The Dog". The case *Whitehead v. New Line Cinema, Dick*

2

_Parsons, H. Patrick Swygert, Howard University_, et al., 98cv1231, was assigned to Judge Paul L. Friedman.

The court should also examined the fact that Warner Bros and Time Warner have been massively stealing the plaintiff's intellectual properties. This activity by Warner Bros and it's parent company Time Warner, stems from the case  David Whitehead v. Franklyn G. Jenifer, Dick Parsons et al., in Superior Court, settled on appeal; and the case also stems from Mr. Whitehead's writing his CIA book entitled "Brains, Sex, & Racism In the CIA And The Escape" about his life experiences in the CIA, running against Jesse Jackson and others for District of Columbia Shadow Senator and other subjects and topics.

In short, plaintiff needs to show that Howard University, Ron Walters (mentor to Jesse Jackson), Jesse Jackson, Dick Parson and others were engaged in a conspiracy to steal the intellectual properties of David Whitehead.  Further, plaintiff can demonstrate that defendant and their associates had access to his intellectual properties.

This case also stems from Mr. Whitehead, as a political science graduate student at Howard University, running for District of Columbia Shadow Senator against Jesse Jackson; and Mr. Walters, chair of the Political Science Department at Howard University was Mr. Jackson's campaign manager, as well as a Board of Trustees member with Mr. Parsons at Howard University.

Moreover, this matter stems from Mr. Whitehead knowing Karen Stanford, who also attended Howard University's graduate school in Political Science.

Ms. Stanford is Rev. Jackson's girlfriend, who had his child.  Moreover, this matter stems from Mr. Whitehead expressing his views to Ms. Stanford on the assassin of Dr. Martin Luther King, Jr.

3

Nonetheless, according to the book "Shakedown" Mr. Jackson is deeply connected to Time Warner's Dick Parsons, who has been leading the charge of the thief of Mr. Whitehead's intellectual properties, along with Mr. Jackson and Danny Glover and others. Noting that Rev. Jackson and his Wall St. Project is the Negro Kingpin of Black Hollywood. And the circle can easily be identified through one source in the same circle.

It is very important to take into consideration that Rev. Jackson was involved with the alleged infringing film entitled "The Prince of Egypt" as an advisor for the film. "The Prince of Egypt " was based on "God vs. Satan", which connects the improper dessimination of Mr. Whitehead's copyrighted material from studio to studio. Noting that Time Warner's Warner Bros is connected to the film "The Passion of Christ".

Dick Parsons and Debbie Allen are connected to both Howard University and Time Warner. Father Leo O' Donovan, who settled several cases (2) with the plaintiff, became a Board member with the Walt Disney Company, which produced the animated film "Hercules". Hercules is strikingly similar to the animated film "The Prince of Egypt". "The Prince of Egypt" was created from Mr. Whitehead's "God vs. Satan" play. In short, plaintiff's materials were passed on from studio to studio, developing a criminal RICO Enterprise on a broad base civil and criminal civil rights conspiracy. 18 U.S.C. 371 and 18 U.S.C. 1961, 1962 as amended, 28 U.S.C. 1964 civil rights acts and 1981, 1991 civil rights act violations.

4

## Access

Plaintiff gave his intellectual property "God vs. Satan", "In a box Controlled by House Negroes", "The Big Bad Wolf vs. Ms. Little Red Riding Hood-The Mike Tyson Story", and CIA book "Brains, Sex & Racism In the CIA And The Escape" to Mike Malone of the Department of Theatre of Howard University.

Mr. Malone is the mentor and friend of Howard University Board of Trustee member, actress, dancer, and Dreamworks Pictures co-producer Debbie Allen.

Ms. Allen is connected to Dreamworks Pictures as a co-producer for the film Amistad, which was based on Barbara Chase Riboud's Echo of Lions, and David Whitehead's intellectual properties.   For instance, Mr. Whitehead's poem entitled "In A Box Controlled by House Negroes" offer passages as follows:

- Give us a message to set us free.

- Please set us free

- "Is he's a brother...?" (meaning black man)

- I can't get away from the CIA.., and what about "Brains, Sex & Racism in the CIA And the Escape".

  In the film "Amistad" striking similar dialogue was used:

- "Give us Free"

- "Is he a black man", and the film Conspiracy Theory involving Mel Gibson and Julia Roberts evolves around Mr. Whitehead's "I can't get away from the CIA..."; Noting that Julia Roberts and Denzel Washington were filming "The Pelican Brief", when Mr. Whitehead gave Mr. Washington his CIA book: *"Brains, Sex, & Racism In the CIA And The Escape".*

*Mr. Washington never returned Mr. Whitehead's CIA book.*

It is critical to note that Mel Gibson informed the media, the American people and the world, that he could not obtain major studio support for his infringing film "The Passion of the Christ". However, that statement was false. Both Warner Bros and 20th Century Fox Film and Fox Film were involved with the film "The Passion of the Christ". Fox Film was also involved with the animated film "The Prince of Egypt" produced by Dreamworks Pictures. And Walt Disney's "Hercules" is strikingly similar to the "Prince of Egypt".

In short, because of the above discussion Warner Bros. and Time Warner should be added to the case as a defendant. Debbie Allen, DreamWorks, HBO co-produced Amistad. HBO (Home Box Office) parent company is Warner Bros. Warner Bros's parent company is Time Warner. Time Warner controls both Warner Bros and HBO.

HBO created the films: The Making of Amistad, The Making of Mission Impossible and The Making of Eraser.... Time Warner and Dick Parsons are connected to HBO, Warner Bros as part of the Time Warner Family. Noting that Time Magazine article dated July 1, 1996 states that both the film "Mission Impossible" and "Eraser" are strikingly similar. The article questions whether or not Paramount Pictures and Warner Bros have the same rewrite departments?

Dreamworks Producer Debbie Allen is connected to Mr. Malone who had access to Mr. Whitehead's intellectual properties, which later became the studios's "The Prince of Egypt" and "Amistad". Later, Dreamworks stole Mr. Whitehead Aretha, and called it "Dreamgirls". <u>See Exhibit D</u>, a true copy of email of attorney David Seltzer, lawyer for Dreamworks on David Whitehead's Aretha screenplay. <u>Also see exhibit E</u>, a true copy of

6

CAA's letter to Jacqueline McClusky on the Aretha screenplay. Beyonce Knowles of CAA, starred in Dreamgirls. Access is established on the theft of David Whitehead's Aretha screenplay. In addition, Jenifer Hudson, who also starred in Dreamgirls, is represented by Aretha Franklin's agency known as the William Morris Agency. Ms. Franklin and her lawyer Scott Steinhoff and agent Dick Alen at WMA had access to Mr. Whitehead's screenplay Aretha. Charles Burnett who is connected to Danny Glover also had access to David Whitehead's Aretha, through Halle Gerima. Mr. Glover starred in Dreamgirls. See exhibits F, G, H, I, and J (on the dissemination of Mr. Whitehead's screenplays from attorneys, entertainers, to agents to studios).

More access is shown with 20th Century Fox Film co-production with Dreamworks Pictures on the animinated film "The Prince of Egypt" , which was created from plaintiff's "God vs. Satan". Fox Film and 20th Century Fox Film are co-producers with Warner Bros, along with Mel Gibson on the film "The Passion of the Christ".
In short, access has been established in the case relating to David Whitehead's "God vs. Satan" and "The Passion of the Christ". Danny Glover is attached to both Mel Gibson, Dreamgirls, "The Prince of Egypt", Time Warner and Dick Parsons. Father O'Donovan is connected to the Walt Disney Company, which produced Hercules, which is strikingly similar to the film "The Prince of Egypt"  See Exhibit C & Exhibit J.

## *CASE LAW For Access*

Access to copyrighted materials can be proven through a number of ways:

- Circumstantial evidence of the defendant's access to the copyrighted work.

  Universal City Studios, Inc. v. Film Ventures, Int'l Inc., 543 F.Supp. 1134, 1140

  (C.D. Cal. 1982);

- Where direct evidence of coying is unavailable, plaintiff in a copyright

  infringement action can prove copying indirectly by proving access and substantial

  similarity. (citing 3 M. Nimmer & D. Nimmer, Nimmer on Copyright 13.01 [B]

  1990)).

- Access is proven when the plaintiff show that the defendant had an opportunity to

  view or to copy plaintiff's work." Sid & Marty Krofft Television Prods., Inc. v.

  McDonald's Corp, 562F.2d 1157, 1172 (9th Cir. 1977). Also see Towler, 76 F.3d at

  581-82. The chain of transmittals of the material alleged stolen by the defendants is

  far more than hypothetical—it is based on testimony of the plaintiff and related

  matters involving the same principle defendants. In Bouchat v. Ravens, Mr.

  Bouchat, the plaintiff, "was not required to prove that" (Art) "Modell in fact saw

  the drawings and copied them. Rather, Bouchat was merely required to prove that

  Modell had access to the drawings by showing Modell had the opportunity to view

  them. See *Bouchat v. Ravens, et al, No. 99-1617, (4th Cir. 2000)*;  Also see Towler,

  76 F. 3d at 582. And the court concluded that "Bouchat clearly presented sufficient

  evidence to sustain that burden. The jury ruled in Bouchat's favor on substantial

  similarity. The jury concluded that the defendants (Baltimore Ravens) copied

  Bouchat's copyrighted work.

- In _Gaste v. Kaiserman_, 863 F.2d 1061, 1968 (2d Cir. 1988). The strikingly similar doctrine, as expressed in <u>Gaste</u>, permits an inference of access in cases where the two works in question are so similar as to create a high probability of copying and negate the reasonable possibility of independent creation. _See id. at 1067-68_; also see <u>Ty, Inc. v. GMA Accessories, Inc.</u>, 132 F.3d 1167, 1170 (7th Cir. 1997). Also see <u>Ferguson v. National Broadcasting Co.</u>, Inc., 584 F.2d 111, 113 (5th Cir. 1978) (citations omitted).

Overall, because Debbie Allen of Dreamworks Pictures , HBO (Dick Parsons of Time Warner, the parent company of Warner Bros, which is the parent company of HBO (Home Box Office)) had an opportunity to see or obtain my works from Mike Malone, of Howard University. Mr. Malone, Mrs. Allen, and Mr. Dick Parsons's access to the plaintiff's works, lead to copying and theft of "God vs. Satan" for the creations of "The Prince of Egypt", "Amistad, and "The Passion of the Christ" films.

In short, access has been established for copying of the play "God vs. Satan" by the many defendants. Moreover, Fox Film was connected to Dreamworks Pictures"s film "The Prince of Egypt", which was alleged based on "God vs. Satan", therefore, access has been established that Fox Film and 20th Century Fox Film and Warner Bros copied Mr. Whitehead's play "God vs. Satan" for the creation and production of the film "The Passion of the Christ" co-produced by Warner Bros, 20th Century Fox Film, Mel Gibson and others.

There can be no greater proof of access and copying of intellectual property in any other copyright case. The defendants copied "God vs. Satan" for the creation and production of the films "The Passion of the Christ". The court must grant the motion for partial summary judgment and request a mediation hearing for possible resolution of the case. *See attached true copy of affidavit of Rev. Brian Hamilton as plaintiff's exhibit B.*

David Louis Whitehead

February 1, 2008

**AFFIDAVIT**

AFFIDAVIT of Rev. Brian E. Hamilton

I, Brian E Hamilton, declare pursuant to the laws of perjury that the following statements are true to the best of my abilities·

I am a person over the age of 18 years of age.

I currently reside in the District of Columbia where I have lived since 1996. I hold educational degrees from Eastern College, the New School for Social Research, Union Theological Seminary and Eastern Baptist Theological Seminary. As a life-long student of the Bible I have prepared for my current pastoral ministry which includes preaching on a regular basis wherein research, exegesis and interpretation of scripture is an essential discipline.

After reading excerpts from the appellant's work from 1996 in *God vs Satan*, and the appellee's excerpts from the booklet commenting on the film, *A Guide to The Passion 100 Questions About the Passion of the Christ*, I have found striking similarities as follows:

First, in examining God vs. Satan:

The appellant, David Louis Whitehead's creation scenario in *God vs. Satan*, plots Satan challenging the power of God. The work begins with the creation of the world. In the Garden of Eden, Satan challenges God (at Introduction I and pages 3,4,5,7, and 8). Importantly, at page 7, Eve has a discussion with the serpent which leads to God cursing Satan and condemning him to crawl on his belly. The work continues with Satan challenging Jesus at page 39 and Jesus drives the devil out of a child at page 44.

In the film *The Passion of the Christ*, Jesus is in his hour of great personal anguish in the Garden of Gethsemene as he seeks a reprieve from God while his disciples sleep. During this time, Satan appears to him in human form and quietly suggests that the task before him is too much for any one person to bear alone, suggesting he is merely human and would be justified in walking away from the sacrifice he is being asked to make. The allusion deepens with its reference to the Genesis story with the visual use of a serpent emerging from the robe of Satan and approaching Jesus who abruptly stomps or crushes the serpent in rejection of Satan's plea.

Jesus' exchange with Satan in Gethsemene makes strikingly similar reference to the experience of Satan deceiving Eve in Eden, encouraging them both to resist God's instruction, influence and moral leading. The same interplay between God and Satan in *God vs Satan* is elaborated and expounded in the Gethsemene scene between Christ and Satan in *The Passion of the Christ*.

At page 81, the appellant has Satan in the background applauding while Pontius Pilate is speaking with the Jews on the fate of Jesus. In the film version, Satan appears in human form as a distinct presence.

At page 86, the appellant has Satan going into a frenzy after Christ rises from the dead. The same is depicted in the film at the conclusion. Both works reach the same conclusion that God wins the conflict over Satan.

| | |
|---|---|
| _____ | District of Columbia : SS |
| Rev Brian E Hamilton | Subscribed and Sworn to before me |
| | this 18 day of May, 2007 |
| _____ | _____ |
| Notary | Notary Public, D.C. |
| | My commission expires 10/31/2011 |

May 18, 2007

May 18, 2007

# Leo J. O'Donovan

From Wikipedia, the free encyclopedia

Rev. Leo J. O'Donovan, S.J. (born in New York City in 1934) was the 47th President of Georgetown University. A 1956 graduate of Georgetown, he studied at the Universite de Lyon on a Fulbright scholarship and received a doctorate in 1961 from Fordham University. He obtained a doctoral degree in theology in 1971 from the University of Munster in Germany, where he studied under Jesuit theologian Karl Rahner.

O'Donovan has held a Danforth Fellowship, was a post-doctoral scholar at the University of Chicago, and has held several research grants from the Association of Theological Schools. Fr. O'Donovan has taught at Loyola College in Maryland, Woodstock College, and Union Theological Seminary, in addition to Georgetown University and the Weston Jesuit School of Theology. He has served as provincial assistant for formation in the Maryland Province of the Society of Jesus and was a visiting fellow at the Woodstock Theological Center. He was ordained to the priesthood in the Society of Jesus in 1966.

While president of Georgetown, O'Donovan was known for his generally liberal political viewpoints, a strong contrast to his predecessor as president, Timothy Healy. It took intervention by the Vatican to force him to close down an on-campus pro-choice group, which O'Donovan had refused to shut on free speech grounds. O'Donovan retired in 2001 and was succeeded by John J. DeGioia, the first layperson to head a Jesuit university.

The Leo J. O'Donovan S.J. Dining Hall at Georgetown University opened in 2003.

Fr. O'Donovan was for a time on the Board of Directors of The Walt Disney Company.

| Preceded by | President of Georgetown University | Succeeded by |
|---|---|---|
| Rev. Timothy S. Healy, S.J. | 1989-2001 | John J. DeGioia |
| #46 | #47 | #48 |

Retrieved from "http://en.wikipedia.org/wiki/Leo_J._O%27Donovan"

Categories: Georgetown University alumni | Fordham University alumni | Presidents of Georgetown University | Disney people

- This page was last modified 15:52, 21 November 2007.
- All text is available under the terms of the GNU Free Documentation License. (See Copyrights for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

JUICY COUTURE    *Neiman Marcus*    SHOP NOW ›

Windows Live™    Home    Hotmail    Spaces    OneCare

Inbox
Junk
Drafts
Sent
Deleted
Manage folders

Today

Mail

Contacts

Calendar

get
your fix

New    Reply    Reply all    Forward    Delete    Junk

Move to

⚠ Attachments, pictures, and links in this message have been blocked for your safety. Show content

## RE: Aretha Film

**From:** **Seltzer, David** (David.Seltzer@wilsonelser.com)
   You may not know this sender.   Mark as safe  |  Mark as unsafe
**Sent:** Fri 4/28/06 10:32 AM
**To:** David Whitehead (daoudlouis57@hotmail.com)

[ EX D ]

Mr. Whitehead:

As I have advised on numerous prior occasions, DreamWorks's company
policy strictly prohibits the consideration of any unsolicited material.
Accordingly, I am unable to entertain consideration of your latest
proposals or projects in connection with resolution of any prior
litigation issues.

Thank you,

David Seltzer

-----Original Message-----
From: David Whitehead [mailto:daoudlouis57@hotmail.com]
Sent: Thursday, April 13, 2006 1:25 PM
To: Seltzer, David
Cc: DaoudLouis57@hotmail.com
Subject: Aretha Film

What's up, David? I am close on the Aretha Franklin film project. Is
there a way to discuss a possible settlement with stipulation of
non-disclosure and Speilberg directing Aretha. Atty. Beth A. Walker
submitted a settlement offer several years ago. Is that proposal still
alive? Nonetheless, Everybody knows that Aretha material is valuable
and
will dominate the box office. I guess that I'm bias of my work. If
you
can, talk to Paul Krause, and let's attempt to work out a deal, which
will erase Dreamworks and Steven from the Judge Paul L. Friedman and
Clinton scandal. The matter is definitely in the open.

Your comments are welcome.


David

_____

On the road to retirement? Check out MSN Life Events for advice on how
to get there! http://lifeevents.msn.com/category.aspx?cid=Retirement



This communication was not intended or written to be used,
and it cannot be used by any taxpayer, for the purpose of
avoiding tax penalties. (The foregoing legend has been
affixed pursuant to U.S. Treasury Regulations governing tax practice.)

*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*

CONFIDENTIALITY NOTICE: This electronic message is
intended to be viewed only by the individual or entity to
whom it is addressed. It may contain information that is
privileged, confidential and exempt from disclosure under
applicable law. Any dissemination, distribution or
copying of this communication is strictly prohibited
without our prior permission. If the reader of this
message is not the intended recipient, or the employee or
agent responsible for delivering the message to the
intended recipient, or if you have received this
communication in error, please notify us immediately by
return e-mail and delete the original message and any
copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz,
Edelman & Dicker LLP, please see our website at
www.wilsonelser.com or refer to any of our offices. Thank
you.

Want to race through your inbox even faster? Try the full version of Windows Live Hotmail. (It's free, too.)

© 2008 Microsoft | Privacy | Legal          Help Central | Account | Feedback

[ EX E ]

CLERK
US DISTRICT &
BANKRUPTCY COURT

2008 FEB -1 AM 11: 38

RECEIVED

# CREATIVE ARTISTS AGENCY

LITERARY AND TALENT AGENCY
9830 WILSHIRE BOULEVARD
BEVERLY HILLS, CALIFORNIA 90212-1825
TELEPHONE: 310-288-4545 • FACSIMILE: 310-288-4800

May 15, 2006

Ms. Jacqueline McClusky
P.O. Box 1731
Alexandria, Virginia 22313

Re:    Mr. David L. Whitehead

Dear Ms. McClusky:

I am the General Counsel of Creative Artists Agency ("CAA"). I am
writing to you with regard to your client, Mr. David L. Whitehead. Please explain to Mr.
Whitehead that I would have written to him directly, but CAA does not presently have
any address for him, other than an email address. Since we are returning the
enclosed materials, the use of Mr. Whitehead's email address would not suffice.

CAA is in receipt of your letter of March 2, 2006 and various emails from
Mr. Whitehead. As Mr. Whitehead has previously been advised, CAA has a policy of
not accepting unsolicited materials. In the present instance, Mr. Whitehead's script
"Aretha" was apparently received for consideration for CAA's client, Drew Barrymore,
and received a pass. You and/or Mr. Whitehead also sent certain other materials to
CAA.

Enclosed with this letter please find all of Mr. Whitehead's materials
which were delivered to CAA and which could be located. Apparently, Mr.
Whitehead's original "Aretha" script could not be located and was presumably
disposed of. You can assure Mr. Whitehead that his materials have not been, and will
not be disclosed to any executives or other employees of CAA or any other person.
Notwithstanding the positions taken in his emails to CAA's Submissions Department,
Mr. Whitehead should be aware that many ideas are generated by our employees and
our clients or other sources. To the extent that any projects are generated which
contain elements similar to what he submitted, the similarities are purely coincidental.

Ms. Jacqueline McClusky
May 15, 2006
Page 2


Please thank Mr. Whitehead for considering Ms. Barrymore.  We wish him much luck and success in his endeavors.

Sincerely,

Michael A. Rubel

MAR: sw
Enclosure
cc: Submissions Dept. (w/o enc.)

*JACQUELINE McCLUSKY*
*P.O. Box 1731*
*Alexandria, Virginia 22313*

[EX F]

RECEIVED
March 2006

Peter Levine, Asst, Executive Manager/Agent
Attn: Drew Barrymore
CAA
9830 Wilshire Blvd.
Beverly Hills, California, 90212

Re: Aretha Franklin Musical Film Project

Dear Mr. Levine:

I am one of the representatives for David Louis Whitehead, the author of "*My Aretha, The Life of Aretha Franklin and Rev. C. L. Franklin,*" "Erykah Badu in Paris With Momma Voodoo" and "How Rebecca Zinani Madison Got Her Freak Off" musical film and novel projects.

My understanding is that your office has requested the script "*ARETHA*" for review. David hopes that your client Ms. Drew Barrymore will accept the material for major production, and acquire a director. We have forwarded the script "*Aretha*" to the following individuals per their request:

- Alfre Woodard (Requested a Director)
- Patti Austin (Requested Aretha Franklin's approval)
- Aretha Franklin
- Whitney Houston (Requested a financial offer)
- Jill Scott (Requested a financial offer)
- Dennis Haysbert (Requested a Director)
- Quincy Jones
- Martin Scorsese
- Charles Burnett (Treatment—stated that the project *Aretha* will make a wonderful film)

We are also in contact with filmmaker Woody Allen's agent on this project. This is positive towards one of the biggest film projects for this endeavor, along with the special DVD "*ARETHA II*" and musical play "*My Aretha*". Universal Studio has requested David to obtain a literary agency and/or Hollywood personality to resubmit the scripts "*Aretha*" & "*Erykah Badu in Paris with Momma Voodoo*" to the studio's theatrical division.

Ms. Badu's agent at the William Morris Agency Dana Simms has requested a financial offer for her client to participate in the film project. Filmmaker Haile Gerima (SANKOFA) signed a letter of intent to direct the Badu film. Therefore, we need a producer. We ask that Ms. Barrymore submit the attached script *ARETHA* to Universal Studio for acceptance.

We will submit "Erykah Badu…." & "*How Rebecca Zinani Madison Got Her Freak Off*" per your request, after reviewing *Aretha*.

Please feel free to contact me concerning this project.

Respectfully,

Jacqueline McClusky
Talent Representative

cc: David Whitehead
Kelsey Collie



**DYKEMA GOSSETT** PLLC

Suite 300
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
WWW.DYKEMA.COM

Tel: (248) 203-0700
Fax: (248) 203-0763

**Scott A. Steinhoff**
Direct Dial: (248) 203-0736
Email: SSTEINHOFF@DYKEMA.COM

US DISTRICT &
BANKRUPTCY COURTS

2008 FEB -1  AM 11: 38

**RECEIVED**

August 31, 2004

[ EX   G ]

David L. Whitehead
1101 Westfield Drive
Oxon Hill, MD  20745

Re:    *My Aretha*

Dear David:

I forwarded your August 30, 2004 letter on to Ms. Franklin. As Mr. Alen as previously informed you, Ms. Franklin is not in a position to evaluate your proposal until such time as she has had an opportunity to review the screenplay. If you would like Ms. Franklin to review the screenplay, please forward a copy to me and I will forward it on to her.

Very truly yours,

**DYKEMA GOSSETT** PLLC

Scott A. Steinhoff

SAST:sls

cc:    Aretha Franklin
       Dick Alen

ANN ARBOR ● BLOOMFIELD HILLS ● CHICAGO ● DETROIT ● GRAND RAPIDS ● LANSING ● PASADENA● WASHINGTON, D.C.

BH01\439665.2
ID\SAST

US DISTRICT &
BANKRUPTCY COURTS

2008 FEB -1  AM II: 39

RECEIVED

*Law Office of*
*Tamara Davis-Brown*

*Street, N.W.*
*Suite 600*
*Washington, D.C. 20036*

*202-204-2244 (Office)*
*202-331-3759 (Fax)*
*tybrownesq@comcast.net*

February 21, 2005          [ EX H ]

Warner Brothers Film
Story Division
1325 Avenue of the Americas
New York, New York 10019

Re:    Major Proposal of David Whitehead, DAOUD Productions
       *Aretha* (adapted from the stage play *My Aretha: The Life of Aretha*
       *Franklin and Reverend C. L. Franklin*)

Dear Sir/Madam:

I have been retained by Mr. David Whitehead to represent his legal interests in the above-referenced matter. On behalf of Mr. Whitehead, I am submitting for review and consideration to your department the script for the above-referenced major film, a copy of which is enclosed. Ms. Aretha Franklin and her representatives are aware of the project and have expressed an interest in the film.

Also enclosed are the biography of Mr. Whitehead, references and related press materials on him. An e-mail attaching a Letter of Intent from Mr. Charles Burnett, producer and director of the film, *Selma Lord Selma*, indicating his willingness to direct the film is also enclosed as well as Mr. Burnett's biography.

While these materials are in your possession, we ask that they be held in the strictest of confidence. Disclosure or photocopies of the script to parties without decision making authority within the Warner Brothers Story Division are strictly prohibited.

If you have any questions concerning this matter, please do not hesitate to contact me. We await hearing Warner Brothers' interest in producing this film.

Very truly yours,

Tamara Davis-Brown

Enclosures

cc:    David Whitehead
       Aretha Franklin via Richard Alen and Scott Steinhoff, Esq.
       Charles Burnett via Jenni Luke

March 11, 2006

CLERK
US DISTRICT &
BANKRUPTCY COURTS

2008 FEB -1 AM 11: 58

RECEIVED

Aretha Franklin
Four Seasons Hotel
Georgetown
Washington, DC 20036

Re: *Submission of Screenplay Aretha.*

Dear Ms. Franklin:

My agent Jacqueline McClusky requested that I submit you a copy of the screenplay *Aretha* for your review. Thus far, several Hollywood actors and actresses have requested your approval to participate in one of America's greatest films: *Aretha (The Life of Aretha Franklin and Rev. C. L. Franklin)* as follows:

- Alfre Woodard (Requested a director and approval of Aretha Franklin)
- Dennis Haysbert (Requested a director. He will participate as Rev. C. L. Franklin. He loves the script. Also requested Aretha Franklin's approval)
- Jill Scott (Requested financing and approval of Aretha Franklin)
- Whitney Houston (Requested financing)
- Patti Austin (Requested financing) *& Approval.*
- Woody Allen (Requested financing).

Recently, Oscar Award winning Director Woody Allen's agent office requested funding for Mr. Allen to direct the film *Aretha*. This is big news!
Other artists have committed to the project Aretha:

- Eastern Michigan Gospel Choir
- Simone Brown
- Jessica Winingham
- Egheosa
- James Taylor
- John Bear Jenkins

We request that you allow Mr. Scott Steinhoff to negotiate on your behalf several options, after reviewing the screenplay Aretha:

- Approval of the project.
- Grant a waiver with compensation for the use of you and your father's good name and music.

The attached materials, including screenplay Aretha was mailed to Dick Alen at the Williams Morris Agency in Beverly, CA, on January 31, 2006. *(See attached letter of Jacqueline McClusky to Dick Alen and Scott Steinhoff and others).*

*This project is extremely valuable.*

Thank you for your consideration.   Your comments are welcome.

David Louis Whitehead, signing for Jacqueline McClusky.
9 Fourth St. N.E. Apt. 1
Washington, DC 20002

cc Jacqueline McClusky
cc Kelsey Collie
cc Scott Steinhoff



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LOUIS WHITEHEAD,

                            PLAINTIFF,

V.                          CASE No. 96CV2436 (PLF & Judge RICARDO URBINA)

PARAMOUNT PICTURES, TOM CRUISE, ET AL.,

                            DEFENDANTS.


MOTION FOR RECONSIDERATION OF ORDER DENYING RECUSAL, OR IN THE
ALTERNATIVE REOPEN AND STAY RELATED CASE WHITEHEAD VS. TWENTIETH
CENTURY FOX FILMS, ET AL., No. 07MC00063


Comes Now plaintiff David Louis Whitehead with his motion for reconsideration of

order denying recusal motion, or in the alternative reopen and stay related case *David L.*

*Whitehead vs. Twentieth Century Fox Films*, et al., No. 07mc00063, which was dismissed

without prejudice on February 2-8, 2007, by Judge Ricardo Urbina.

Plaintiff states the following reasons for his request:

Judge Urbina is a graduate of Georgetown University Law Center, and a graduate of

Georgetown University undergraduate.  Georgetown University is deeply involved in retaliation

against the plaintiff.  Most importantly, the defendant in the related case No. 07mc0063

Whitehead v. Twentieth Century Fox Film, is represented by Georgetown Law Professor

Levine's law firm.  *See attached email from one of lawyers at the firm as affidavit exhibit no. 1.*

Obviously, the court ruled on the related case Whitehead v. 20th Century Fox Film,

07mc00063, without knowing that Georgetown University Law Professor Levine was attached to

the plaintiff's case as opposing counsel, due to the fact that there was no record in the jacket

stating that fact.  The case was transferred from the Eastern District of Virginia, sua sponte without service of the complaint on the defendant or the Levine's law firm.  There is a conflict, but the court can remedy the matter, by simply reopen and staying the case, pending the court's ruling on unsealing the alleged criminal indictments and a few more rulings on evidence to be allowed in the record.  The plaintiff only has one more large filing, and requests that the court ruled on the motion to unseal the alleged criminal indictments forthwith.

The above captioned case and the related case *Whitehead v. 20th Century Fox Film*, et al., No. 07mc0063 has merit based on the discussion below:

- Rev. Brian Hamilton's affidavit states that plaintiff's 1996 play entitled "God vs. Satan" and the defendant 20th Century Fox Film's 2004 and 2005 films "The Passion of the Christ" are strikingly similar.

- The plaintiff has a copyright for the play "God vs. Satan" which predates the defendant's 2004-05 films "The Passion of the Christ".

- The defendant 20th Century Fox Film had access to the plaintiff's play *God vs. Satan*, stemming from Fox Film animation, and Danny Glover.

- Access.  Plaintiff sued Dreamworks Pictures in *Whitehead v. Columbia Pictures Indus. Inc*, No. 98cv2938, before Judge Paul L. Friedman.  The case alleged copyright infringement on the film "The Prince of Egypt" which was also allegedly based on plaintiff's play "God vs. Satan".  Evidence taken from the film The Prince of Egypt's Full Cast and Crew and Credits list, at page 12, show that Fox Film was attached to the Dreamwork Pictures "The Prince of Egypt".  Noting that Fox Film was also attached to Mel Gibson's film "The Passion of Christ".  In short, all three elements have been established for copyright infringement.  Plaintiff also have received a CPA letter and affidavit on the amount grossed from the film.

2

- Access II: Mel Gibson is connected to Danny Glover, who starred in the film "The Prince of Egypt". At page 2 of Full Cast and Crew.

- Access III. Dreamwork Pictures Executive Producer for the film "The Prince of Egypt" was at Walt Disney Film, during the development on Hercules, which is striking similar to Dreamwork Pictures "The Prince of Egypt".

- Access Iv. Eric Walls participated as an animator in both Walt Disney and Dreamwork Pictures strikingly similar films: *The Prince of Egypt* and *Hercules*.

In short, it appears that the defendants in the related cases Dreamworks, Walt Disney, and 20th Century Fox Film copied elements, ideas, expression of ideas, mood, events, sequences of events, characters and storyline development to create and produce several films: *Hercules*, *The Prince of Egypt* and *The Passion of the Christ* from "God vs. Satan". Noting that "The Prince of Egypt" and "Hercules" are strikingly similar.  See attached affidavit of evidence.

In short, should the court deny the motion for reconsideration, in the interest of justice the court should reopen and stay the related case, pending the court's ruling on plaintiff's motion to unseal the alleged criminal indictments. Should Judge Friedman be recused from all of plaintiff's cases, all of these cases should be consolidated, including the cases before Judge Richard Roberts. Plaintiff has been waiting for nearly two years for the court to rule on the motion to unseal the alleged indictment, which will support his motion for recusal of Judge Paul L. Friedman and others.

In conclusion, plaintiff prays that the court will grant his motion or in the alternative reopen and stay the related case in the interest of fairness and justice.

David Louis Whitehead

P.O. Box 222 Bryans Rd, Maryland 20616

CLERK
US DISTRICT &
BANKRUPTCY COURTS

2008 FEB -1 AM 11: 39

RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LOUIS WHITEHEAD,

PLAINTIFF,

V.                              CASE No. 96CV2436 (PLF & Judge RICARDO URBINA)

PARAMOUNT PICTURES, TOM CRUISE, ET AL.,


DEFENDANTS.


# Affidavit of David Louis Whitehead


I, David Louis Whitehead declare under the laws of perjury that the following statements are true to the best of my ability:

I am a person over the age of 18 years old.


Exhibit 1 is a true copy of email from the Levine law firm to David Whitehead.


Exhibit 2 is a true copy of an excerpt letter page to Rev. Billy Graham dated December 29, 2007 on God vs. Satan and The Passion of the Christ.


Exhibit 3 are true copies of letter and affidavit of Wang & Associates and Neng-Hsiang Wang, CPA.

Exhibit 26 is a true copy of Affidavit of Rev. Rrian E. Hamilton on the striking stimilarities between the play "God vs. Satan" and film "The Passion of the Christ".

Exhibit 31 is a true of Archives on Eric Walls, Animator at Disney on "Hercules" and Dreamworks "The Prince of Egypt".

Exhibit 34 is a true copy of Hercules DVD Review on Jeffrey Katzenberg relating to Hercules and The Walt Disney Company.

Exhibit 35 is a true copy of Wikipedia data on Leo J. O'Donovan of Georgetown and The Walt Disney Company. Plaintiff settled case with Georgetown and Mr. O'Donovan in 1994, before his became attached with The Walt Disney Company.

Exhibit 36 is true copies of excerpts of pages taken from The Prince of Egypt Full Cast and Crew. Page. 1, 4 (Danny Glover) Page 11 (Eric Walls) and Page 12 (Fox Film attached to the Prince of Egypt relating to case David Whitehead v. Columbia Pictures Industries Inc. No. 98cv2938, before Judge Friedman on "The Prince of Egypt" and "God vs. Satan").

In short, the defendants have massively stolen and copied the plaintiff's intellectual properties to created a billion dollar enterprise. Should the court intervene and require that the plaintiff is compensated for paying the Library of Congress moneys to copyright his fruit of labor? I think so. The court should do the right thing even with its historical deep prejudices for the plaintiff. Justice requires Justices in the interest of Justice.

David Louis Whitehead

Date: January 23, 2008

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LOUIS WHITEHEAD,

                      PLAINTIFF,

V.                      CASE No. 96CV2436 (PLF & Judge RICARDO URBINA)

PARAMOUNT PICTURES, TOM CRUISE, ET AL.,

                      DEFENDANTS.

## <u>ORDER</u>

Upon consideration of plaintiff David Louis Whitehead's motion for

reconsideration or in the alternative reopen and stay his related case

<u>Whitehead v. 20th Century Fox Film</u>, et al., 07mc00063, dismissed by this

court without prejudice, it is ordered as follows:

SO ORDERED.

                                    US District Court Judge Ricardo Urbina

Copies to:

David Louis Whitehead

Jeffrey Kilduff

Paul Gaffney

David Gelfand

- New
  Reply
  Reply all
  Forward
  Delete
  Junk



| Move to |

Options

RE: Whitehead v. 20th Century Fox
From: **Elizabeth Koch** (EKoch@lskslaw.com)
Sent: Mon 1/21/08 2:54 PM
To:   David Whitehead (daoudlouis57@hotmail.com)
Mr. Whitehead,

Defendants to not consent to your filing of any motion, including any mtion to reopen and/or for partial summary judgment.

My clients similarly are not interested in a settlement conference.

Sincerely,

Betsy Koch
Levine Sullivan Koch & Schulz, LLP

_____

**From:** David Whitehead [mailto:daoudlouis57@hotmail.com]
**Sent:** Saturday, January 19, 2008 1:52 PM
**To:** Elizabeth Koch
**Subject:** RE: Whitehead v. 20th Century Fox

Manage
folders
Today
Mail
Contacts
Calendar

Do you consent to motion to reopen and partial summary judgment.  We know how your client recieved my work to create the infringing film "The Passion of the Christ".  In the alternative, you can always request a settlement conference.

Please advise,

David

December 29, 2007

The Rev. Billy Graham
The Billy Graham Evangelistic Association,
2225 Kenmore Ave.,
Buffalo, New York 14207

Re: Requesting an affidavit and/or letter of support for the alleged theft claim of the 1995-95 play entitled "God vs. Satan" by creators of the fraudulent 2004-05 films entitled "The Passion of the Christ"

Dear Rev. Graham:

I hope that this Holiday season is the most enjoyable for you and your family. I am writing this letter requesting an affidavit and/or letter of support on the alleged theft claim relating to my 1995-95 play entitled "God vs. Satan" and the infringing 2004 and 2005 amended version films entitled "The Passion of the Christ".

On May 18, 2007, Rev. Brian E. Hamilton of Washington, DC, wrote an affidavit under sworn oath stating that the film "The Passion of the Christ" is strikingly similar to my work "God vs. Satan".

Rev. Hamilton took a religious course from the great religious scholar Raymond Brown, author of the book "Death of the Messiah".

Rev. Hamilton's affidavit states that there are several unique striking scenes between the work "God vs. Satan" and the film "The Passion of the Christ" and the Catholic book "A Guide to the Passion: 100 Questions About the Passion of the Christ" For instance, Rev. Hamilton's affidavit discusses the similarities between "God vs. Satan" plot scenes in the Garden of Eden as they relates to the copied scenes in the "The Passion of the Christ" Garden of Gethsemane scenes, in which Mel Gibson and 20th Century Fox Film simply copied from "God vs. Satan". Noting that the film "The Passion of the Christ" Garden of Gethsemane scenes were fictional relating to Jesus's confrontation with Satan in the scene. God vs. Satan goes deeper in a fight scene with Satan and God in the Garden of Eden, stolen by the film producers, director and writers. Rev. Hamilton also highlight several other copies scenes strikingly similar between "God vs. Satan" and "The Passion of the Christ" :

- At page 81 of "God vs. Satan" play, ... Satan in the background applauding while Pontius Pilate is speaking with the Jews on the fate of Jesus. In the film version, Satan appears in human form as a distinct presence.
- At page 86, of "God vs. Satan" play.... Satan going into a frenzy after Christ rises from the dead. The same is depicted in the film at the conclusion. Both works reach the same conclusion that God wins the conflict over Satan. See attached Affidavit of Rev. Hamilton. Also see CPA Neng-Hsing Wang, CPA estimates on the gross amount of the film "The Passion of the Christ" which now, reaches the 100 billion dollar mark.

Case 1:07-mc-00063-UNA    Document 3    Filed 02/01/2008    Page 33 of 47
Case 1:96-cv-0243◯LF    Document 154    Filed 01/24◯08    Page 9 of 22
Case 1:05-cv-01462-GK    Document 4-4    Filed 08/01/2005    Page 2 of 22

[Attachment #3]

## Wang & Associates
## Certified Public Accountants [CPAs]

Neng-Hsiang Wang, CPA
Ming J. Lee, CPA
606 Seventh Street, S.W.
Washington, DC 20024-2402

Phone (202) 479-0744 & (202) 554-4314
Fax (202) 479-4218

March 11, 2005

David Louis Whitehead
1717 K. St. N.W. Suite 600
Washington, DC 20036

RECEIVED
2008 JAN 23 PM 3 58
CLERK
US DISTRICT &
BANKRUPTCY COURTS

Dear Mr. Whitehead:

Enclosed is my signed affidavit you requested regarding the work
I performed for you pertaining to the highly successful motion picture
entitled *The Passion of Christ* and *The Passion of Christ* products.
*See attached affidavit.*

Very truly yours,

Neng-Hsiang Wang, CPA

Enclosure: Affidavit

Case 1:07-mc-00063-UNA     Document 3     Filed 02/01/2008     Page 34 of 47
Case 1:96-cv-02436-F     Document 154     Filed 01/24/ 8     Page 10 of 22
Case 1:05-cv-01462-GK     Document 4-4     Filed 08/01/2005     Page 3 of 22

Based on publicly available data, from the film *The Passion of Christ* from box office receipts, sales of videos, DVDs, books, music soundtrack, a to be released edited version DVD, and sale of products estimated over <u>One Billion Dollars.</u>

The motion picture studio's official records pertaining to the film *The Passion of Christ* and other *The Passion of Christ* products will probably much higher than public records.

Neng-Hsiang Wang, CPA
Wang & Associates, CPAs


Notary

Washington, District of Columbia
Subscribed and sworn to before me, in my presence,
this 11 day of MARCH, 2005
NENG-HSIANG WANG
Jacqueline A. Hughes Notary Public
My commission expires 06-14-2007

2

**AFFIDAVIT of Rev. Brian E. Hamilton**

I, Brian E. Hamilton, declare pursuant to the laws of perjury that the following statements are true to the best of my abilities:

I am a person over the age of 18 years of age.

I currently reside in the District of Columbia where I have lived since 1996. I hold educational degrees from Eastern College, the New School for Social Research, Union Theological Seminary and Eastern Baptist Theological Seminary. As a life-long student of the Bible I have prepared for my current pastoral ministry which includes preaching on a regular basis wherein research, exegesis and interpretation of scripture is an essential discipline.

After reading excerpts from the appellant's work from 1996 in *God vs. Satan*, and the appellee's excerpts from the booklet commenting on the film, *A Guide to The Passion: 100 Questions About the Passion of the Christ*, I have found striking similarities as follows:

First, in examining God vs. Satan:

The appellant, David Louis Whitehead's creation scenario in *God vs. Satan*, plots Satan challenging the power of God. The work begins with the creation of the world. In the Garden of Eden, Satan challenges God (at Introduction I and pages 3,4,5,7, and 8). Importantly, at page 7, Eve has a discussion with the serpent which leads to God cursing Satan and condemning him to crawl on his belly. The work continues with Satan challenging Jesus at page 39 and Jesus drives the devil out of a child at page 44.

In the film *The Passion of the Christ*, Jesus is in his hour of great personal anguish in the Garden of Gethsemene as he seeks a reprieve from God while his disciples sleep. During this time, Satan appears to him in human form and quietly suggests that the task before him is too much for any one person to bear alone, suggesting he is merely human and would be justified in walking away from the sacrifice he is being asked to make. The allusion deepens with its reference to the Genesis story with the visual use of a serpent emerging from the robe of Satan and approaching Jesus who abruptly stomps or crushes the serpent in rejection of Satan's plea.

Jesus' exchange with Satan in Gethsemene makes strikingly similar reference to the experience of Satan deceiving Eve in Eden, encouraging them both to resist God's instruction, influence and moral leading. The same interplay between God and Satan in *God vs. Satan* is elaborated and expounded in the Gethsemene scene between Christ and Satan in *The Passion of the Christ*.

At page 81, the appellant has Satan in the background applauding while Pontius Pilate is speaking with the Jews on the fate of Jesus. In the film version, Satan appears in human form as a distinct presence.

At page 86, the appellant has Satan going into a frenzy after Christ rises from the dead. The same is depicted in the film at the conclusion. Both works reach the same conclusion that God wins the conflict over Satan.

_____            District of Columbia : ss            _May 18 2007_
Rev. Brian E. Hamilton              Subscribed and sworn to before me            /May 18, 2007
                                    this 18 day of May 2007

_____            _____            
Notary                             Notary Public, D.C.
                                    My commission expires  10 31 2011            May 18, 2007

Santa Maria Times                                                                    Page1 of4

CONTACT US    SUBSCRIPTION INFO.    LETTER TO THE EDITOR    BUY! PHOTOS    WEBCAM    GAS PRICES



| Home | News » | Sports » | Arts & Entertainment » | Lifestyle » | Opinion » | Announcements » | Obituaries » | Calendar » | Com |

ADVERTISEMENT

Click here

# ARCHIVES

ARCHIVES    A▼ Font Size ▲A    ✉ Email a friend 🖶 Printer friendly

SEARCH ARTICLE ARCH
Go
Advanced Search

## Animation Creation
By Emily Welly/Features Writer

Buy a Photo!



Eric Walls, a character animator at Disney who has worked on films including "Aladdin," "The Lion King," "Pocahontas," "The Hunchback of Notre Dame" and Hercules," attributes his success in part to his early training in art and animation classes at Hancock College. / Contributed

Animator, illustrator, author got his start at Hancock

It's a small world after all.

And that's easily proven in the many Santa Maria residents that have made it big. Among them, Eric Walls, a character animator at Disney.

Walls moved with his family to Santa Maria after his graduation from high school in 1985, when his dad, Robert Walls, embarked on a 15-year career as teacher and minister at the former Christian Life School. His mother, Alberta Walls, still lives here.

Walls signed up for some art classes at Hancock College, including a newly-launched animation class.

"When I was 7 years old, I thought I'd really like to be an animator when I grew up," he said in an Oct. 26 phone interview with the Santa Maria Times.

Walls attributes his early aspirations to growing up in southern California, with frequent trips to Disneyland. After studying at Hancock, he transferred to the California Institute of the Arts in Valencia, a school Walt Disney helped establish, where he studied in the character animation program for two years.

That training resulted in an internship with Walt Disney Feature Animation. The first film Walls worked on was "Beauty and the Beast" in 1990.

ADVERTISEMENT



Today, Walls is working for Disney again, and since 1990 he has also done stints with DreamWorks, Paramount and Warner Brothers. He's worked on films including "Aladdin," "The Lion King," "Pocahontas," "The Hunchback of Notre Dame," and "Hercules" for Disney; "The Prince of Egypt" and "The Road to El Dorado" for DreamWorks; "Rugrats Go Wild" and "Barnyard" for Paramount; and "Looney Tunes: Back in Action" for Warner Brothers.

Walls is currently working on Disney's "Meet the Robinsons," which is set for a March 2007 release.

While Walls was initially trained as a traditional animator, specializing in hand-drawn animation, his skills have evolved with the craft of animation and three years ago he began working in computer animation.

According to Walls, computer animation combines the skills of traditional animation with computer graphic technology. Although he says the two styles actually have a lot of similarities, his heart is with traditional, hand-drawn animation, and he said he believes that style is making a comeback.

"Maybe a lot of that is hope," he added.

Still, while Walls says he can tell the difference between computer animation and hand drawn animation, he doesn't think the average person really notices. Audiences respond to great stories and characters they believe in, he said.

Perhaps it's Walls' desire to give audiences those great stories and characters that propelled him to use his animation skills to create art in another medium, a children's book.

Walls' drew inspiration for his first book, "The Harbor Light," from his own collection of children's

Ads by Google

**Hercules Hooks TV Offer** ⌐⎎
20 Hooks Plus Free L Marker. Easy To Insta No Tools Required.
www.AsSeenOnTVGuys.co

**Disney Display Cas**
Display your Disney Characters Wall Mou Expandable, Lighted
Showcase-Express com

**Hercules Real Estat**
Buying a New House Search Our Free Listi by Price, Size & Loca
www.Move.com/HerculesC,

**Disney Ringtones**
Free Ringtones You \ Get Free Ringtones V 9.99/m Subscription.
Free RingRingMobile.com

**Compare Contrast E**
Check Out Compare Contrast Essay View Today's Hot Sites
www.slap5shop com

books and illustrations, and his career as an animator.

"I kind of approached it as if it were an animated film and then later made it into book form," he said. He started by writing the text, then began sketching illustrations.

He decided to complete the book before seeking a publisher, thinking he'd have the best chance in getting it published. After researching a variety of publishers, he submitted his work to five. It was picked up by Kregel Publications and published in early 2006.

Walls likes to the think the book is "for everybody," but more specifically, he says it's for children aged 5 and older.

"The Harbor Light" tells the story of a little lighthouse with a big responsibility. He knows he has to always keep his light shining so boats can safely find their way to the harbor. But when a mean-spirited boat makes fun of him, he's forced to choose between being accepted and doing his job. With the help of the friendly lighthouse keeper, the lighthouse learns some valuable lessons about how important his light really is.

According to Walls, the story is based on Bible verses Matthew 5:14 to 16, which, Walls said, is about being a good person by living as a light to the world.

But the book's messages go beyond the Christian experience and can speak to any child, regardless of religious belief.

"At its core it's about being responsible, being true to who you are and about trying to help other out," said Walls.

Emily Welly can be reached at 739-2220 or ewelly@santamariatimes.com.

Santa Maria Times    Search Now    Spanish   Translate

Translate to another language

Lee Central Coast

Santa Maria Times Lompoc Record Times Press Record

Letter to the Editor | Comment about Website

**Contact The Santa Maria Times**
Main Phone: 805-925-2691

http://www.santamariatimes.com/articles/2006/11/07/ae/ae01.txt      1/17/2008

Toll Free: 1-800-404-0009

Copyright © 2008 Lee Central Coast Newspapers. All Rights Reserved.
All Lee Central Coast Newspapers pages are designed for screen resolutions set at 1024x768 or higher.
Click here for our Privacy Policy and Terms of Use applicable to this site.

UltimateDisney.com | Review Index | Animated Classics Page

# Hercules DVD Review

### Hercules

**Theatrical Release:** June 27, 1997 / Running Time: ... : G

**Directors:** Ron Clements, John Musker

**Voice Cast:** Tate Donovan (Hercules), Danny DeVito (Philoctetes), James Woods (Hades), Susan Egan (Megara), Rip Torn (Zeus), Bobcat Goldthwait (Pain), Matt Frewer (Panic), Samantha Eggar (Hera), Paul Shaffer (Hermes), Hal Holbrook (Amphitryon), Barbara Barrie (Alcmene), Wayne Knight (Demetrius), Charlton Heston (Narrator)

**Songs:** "The Gospel Truth", "Go the Distance", "Zero to Hero", "One Last Hope", "I Won't Say (I'm in Love)", "A Star is Born"

Review by Jake Lipson

The names Ron Clements and John Musker may not be world-famous, but their movies are. Two of the most gifted people to ever work in the field of animation, they helped usher in the Third Golden Age of Disney feature animation. Although all the studio's hopes were laid on the expensive 1985 epic *The Black Cauldron* (which bombed at the box office and was pulled from theatrical release after just two weeks) it was Musker and Clements who put Disney back on the right track with their 1986 mystery adventure *The Great Mouse Detective*. (It was the first Disney animated feature to extensively use computer graphics, with which the climactic Big Ben sequence was created.)

Next, they pitched two projects: *The Little Mermaid* and "*Treasure Island* in space." In the former, they dived under the sea to give voice to a little mermaid who dreamed of something more and restored Walt Disney Feature Animation to its former glory. Their tale had it all - romance, magic, drama, action, and irresistible music. It seemed impossible for these veteran directors to top themselves again, but when their attempts to set sail for a space version of Robert Louis Stevenson's coveted island were once again rejected by the studio, they waded into the troubled production of *Aladdin*, worked their magic and turned it into another rousing hit. So, with Hans Christian Andersen and Arabian nights already under their belt, what were they to do next?



They still wanted to cast off for *Treasure Planet*, but despite *Aladdin* being the #1 animated film ever (at the time) and the first to cross the $200 million mark, they didn't have that privilege. Then-studio head Jeffrey Katzenberg didn't believe in the project and told them to do one more bankable project first. Then, they would finally be able to make their dream project. Otherwise, he would never allow them to chart a course for *Treasure Planet* while he was with the studio. They agreed. (For the record, eventually they did get to make *Treasure Planet*. Even though

Katzenberg was fired before Musker and Clements had finished directing the required bankable picture, company execs held up their part of the deal once Musker and Clements had finished theirs.) Their "bankable picture" was **Hercules**, a comical epic of Ancient Greece's golden age of powerful gods and extraordinary heroes.

Five musical muses tell us the story of Hercules (Tate Donovan), son of the gods. Hades sends his bumbling minions Pain and Panic to murder the toddler when the Three Fates reveal that he's the only one who can stand in the way of his takeover plans, assumes him dead, and continues plans for his uprising. But only part of the plan was successfully carried out - Hercules was kidnapped and turned mortal keeping only his godlike strength, but discovered before the job could be finished.

...And - speak of the devil - shortly before Hades begins to move his plans into action, Hercules reappears. Once a troubled young man shunned by the community because of his uncontrollable strength, he has now discovered the truth of his origins and is on a quest to have his godhood restored so he can go home to Mount Olympus. To do so, he must prove himself a true hero on Earth With the help of his personal trainer Phil (Danny DeVito) and his winged horse Pegasus, as well as the encouragement and support of his father, Zeus (Rip Torn) he defeats monster after monster with no apparent weakness. The key to his success - or demise - is in his love for the beautiful Meg (Susan Egan.) Can he go the distance and become Phil's all-time champ, or will his one weakness make him the all-time chump?



I *love* this movie. Sure, it's not quite up there with *The Lion King* but there's a lot to like about *Hercules* and it is a fine, funny entry into the Disney animated classics canon. The story is solid and engaging; the pacing brisk and breathlessly fast; the characters likeable and/or hateable, the animation stylized and gorgeous; the music catchy, gospel, and effective; and the comic view of Greek mythology along with the free adaptation of it is refreshingly welcome, even moreso having read a Greek epic. The opening joke is *priceless*, and the movie is one of the funniest ever produced by the studio. It's also worth mentioning that instead of going the usual scary route with their villain, the filmmakers have made Hades hateable in a completely different way. He is as menacing, disgusting, and evil as any other Disney baddie, but he too is hilarious instead of frightening. (Note that if you were to draw a pair of glasses on him, Hades - the devil - would look an awful lot like Jeffrey Katzenberg, with whom the directors had to make a deal in order to allow *Treasure Planet* to be made.)

However you see it, *Hercules* is very highly recommended movie viewing. I just wish I could say the same thing about this DVD.

### DVD Details

1.66:1 Non-anamorphic widescreen
Dolby Digital 5.1 (English, French, Spanish)
Subtitles: English
Closed Captioned
THX-Certified
Release Dates: August 1, 2000 (Gold Collection)
November 9, 1999 (Limited Issue)
Single-sided, dual-layered disc (DVD-9)

Suggested Retail Price: $29.99

### Video: Just look at it!

*Hercules* is presented in a THX-certified transfer in its original widescreen aspect ratio of 1.66:1, but is not anamorphically enhanced. It was reportedly sourced from the same transfer as the laserdisc edition. The Limited Issue DVD was released two years after its theatrical run, and not surprisingly for such a recent movie, it looks great.

The unique and stylized animation comes across very strongly, and the distinctive use of bright, bold colors is as wowing as ever here. I didn't notice any problems as far as grain, smudges, or print defects of any kind. But this transfer falls short of Disney's more recent efforts like *The Lion King* or Musker and Clements' finally-made *Treasure Planet*. Those transfers were rich and lush, almost popping off the screen in their awesome wonder. The *Hercules* transfer, while unarguably very good, lacks the depth and texture of those, and there's definitely room for improvement here.

### Audio: What's all that noisy racket?

Here, you can hear *Hercules* in Dolby Digital 5.1 surround sound in three different languages: English, of course, plus dubs in French and Spanish (the latter features Ricky Martin as the title character's singing voice.) Dialogue, effects, and score are crisp and clear, but it's Alan Menken's catchy, gospel-influenced tunes (with lyrics by David Zippel, who also worked on *Mulan*) drive the movie. They're the highlight of the soundtrack. Engaging, vibrant, and lively, they are everything I wish the transfer was. The surrounds get a good workout and the sound mix is rather dynamic. This is a very fine audio presentation.

  

### Extras, Extras! Read all about it

As with all of Disney's initial releases on DVD, *Hercules* is mighty slim on extra content, but we get more here than on any other of the nine original Limited Issue discs. There's a music video (4:46) of *"No Importa La Distancia,"* (literally meaning "the distance is not important"), presented in 1.33:1 fullscreen. This is the Spanish version of *"Go the Distance,"* and is performed by Ricky Martin. The video weaves images of Martin singing with clips from the movie. The movie clips are average VHS quality, and their dullness makes you appreciate the DVD presentation all the more, even if it does lack a certain spark.

There's also a 9 1/2 minute Disney Channel making-of featurette inventively titled *"The Making of Hercules"*. Presented in 1.33:1 fullscreen, this is your standard promotional EPK, heavy on fluff and low on actual insight. Once again there are VHS-quality movie clips edited into the featurette, and in between them we briefly hear from the directors, producer, voice talent, composer Alan Menken, and others, but it's all so rushed and self-congratulatory that none of them really have the chance to say much, and even what we do hear is promotional and largely insubstantial. Still, it's a nice inclusion and is worth watching once.

There's also a couple screens of cover art for other Disney titles that they call "film recommendations." And that's it. So while it's better than Disney's other discs of its time, it's not even close to being the Herculean special edition the movie deserves.

## Packaging and Presentation: Just in case you *do* judge a DVD by its cover...

*Hercules* was originally released as a Limited Issue title on November 11, 1999, and reissued on August 1, 2000 under the Gold Collection banner with new cover art. Both versions are identical in terms of the movie presentation and extras content. The Limited Issue version featured the same cover art as the previous laserdisc and VHS releases, while the Gold Collection was overhauled with new artwork featuring Hercules' big head behind Hercules, Meg, Phil, Pain and Panic riding on Pegasus. It comes in a standard white keepcase and contains a single sheet of relatively thick paper as an insert. There is the standard list of chapter stops (32 in all) on one side, and an advertisement for other Gold Collection titles on the other. The Limited Issue version is, of course, out of print, but the Gold Collection edition is in print and readily available from most DVD stores with a selection of Disney titles.



## CLOSING THOUGHTS

Maybe it's because thus far I've been reviewing Gold Collection reissues of barebones Limited Issue discs, but like *Pinocchio*, I cannot wholeheartedly recommend this disc. It boasts a decent if unspectacular transfer, but the extra content is too short and promotional. If you *love* the movie, go ahead and get it. (A temporary summer price reduction goes into effect June 1.)

Otherwise, give this edition a skip. I'd say *Hercules* is a prime title to receive a double-disc Special Edition in some form a few years down the line, with a new anamorphic transfer just as good as any other Special Edition Disney has put out and many more in-depth extras. You may have to wait a while, but it will be worth it because this edition just doesn't go the distance. Hopefully, a special edition will.

More on the DVD / Buy from Amazon.com



UltimateDisney.com | Review Index | Animated Classics Page

Related Reviews:
The Lion King (1994) | | The Hunchback of Notre Dame (1996)
Mulan (1998) | Tarzan (1999) | Treasure Planet (2002)

| Song of the South on DVD | Hercules Hooks TV Offer | Sealed Song of the South |
|---|---|---|
| Digitally Remastered! New & Sealed Complete, Unedited & With Extras www.songofthesouthdvdremastered.com | 20 Hooks Plus Free Laser Marker. Easy To Install. No Tools Required. www.AsSeenOnTVGuys.com | Factory Sealed With original price Original DVD unedited version USA officialsongofthesouth.com |

Reviewed March 23, 2004.

UltimateDisney.com: The Ultimate Guide to Disney DVD • Discussion Forum • DVD Reviews • Search the Site
Upcoming Disney DVDs • General DVD Schedule • Upcoming DVD Art • Recent Disney DVDs • Out-of-Print Disney DVD List
Listings: Animated Classics • Other Animation • Live Action (1980-Present) • Live Action (Pre-1980) • Direct-to-Video • TV Movies • TV Shows
Guides: Coming to Theaters • Disney Blu-ray • FAQs • Winnie the Pooh • DVD Easter Eggs • Pan & Scan to Avoid • Different Release Types
Countdowns: Top Animated Classics • Top Live Action Disney Films • Top 100 Disney Songs • Top Disney Villains • Top Disney Heroes & Heroines
101 Dalmatians: Platinum Edition • Walt Disney Treasures • Interviews • CD Reviews Index • News Archives • Newsletter
Support the Site: UD's Worldwide DVD+ Shop | Amazon.com | Best Buy | iTunes | Amazon.co.uk | MovieGoods.com • Link to Us • Make a Donation

Text copyright 2008 UltimateDisney.com. Unauthorized reproduction prohibited. Unless otherwise noted, images copyright Disney.

# Leo J. O'Donovan

From Wikipedia, the free encyclopedia

CLERK
US DISTRICT &
BANKRUPTCY COURTS

2008 JAN 23 PH 3 59

RECEIVED

Rev. Leo J. O'Donovan, S.J. (born in New York City in 1934) was the 47th President of Georgetown University. A 1956 graduate of Georgetown, he studied at the Universite de Lyon on a Fulbright scholarship and received a doctorate in 1961 from Fordham University. He obtained a doctoral degree in theology in 1971 from the University of Munster in Germany, where he studied under Jesuit theologian Karl Rahner.

O'Donovan has held a Danforth Fellowship, was a post-doctoral scholar at the University of Chicago, and has held several research grants from the Association of Theological Schools. Fr. O'Donovan has taught at Loyola College in Maryland, Woodstock College, and Union Theological Seminary, in addition to Georgetown University and the Weston Jesuit School of Theology. He has served as provincial assistant for formation in the Maryland Province of the Society of Jesus and was a visiting fellow at the Woodstock Theological Center. He was ordained to the priesthood in the Society of Jesus in 1966.

While president of Georgetown, O'Donovan was known for his generally liberal political viewpoints, a strong contrast to his predecessor as president, Timothy Healy. It took intervention by the Vatican to force him to close down an on-campus pro-choice group, which O'Donovan had refused to shut on free speech grounds. O'Donovan retired in 2001 and was succeeded by John J. DeGioia, the first layperson to head a Jesuit university.

The Leo J. O'Donovan S.J. Dining Hall at Georgetown University opened in 2003.

Fr. O'Donovan was for a time on the Board of Directors of The Walt Disney Company.

| Preceded by | President of Georgetown University | Succeeded by |
|---|---|---|
| Rev. Timothy S. Healy, S.J. | 1989-2001 | John J. DeGioia |
| #46 | #47 | #48 |

Retrieved from "http://en.wikipedia.org/wiki/Leo_J._O%27Donovan"

Categories: Georgetown University alumni | Fordham University alumni | Presidents of Georgetown University | Disney people

- This page was last modified 15:52, 21 November 2007.
- All text is available under the terms of the GNU Free Documentation License. (See Copyrights for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

**Certificate of service**

I certify under the laws of perjury that I served copies of the pleading on the defendants
on January 23, 2008.

David Louis Whitehead

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LOUIS WHITEHEAD,

PLAINTIFF,

V.                          CASE No. 07-MS-00063    (Judge Ricardo Urbina)

TWENTIETH CENTURY FOX FILM CORP, ET AL.

DEFENDANTS,

*Certificate of Service*

I certify under the laws of perjury that I served copies of the pleadings and affidavit and

film dvd *"The Passion of the Christ"* on the defendant on February 1, 2008.

David Louis Whitehead

Cc Beth Koch of Levine Law Firm

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

DAVID L. WHITEHEAD,        )
                                    )
               Plaintiff(s),     )
                                    )
     vs.                       )     Misc. Case No. 07-0063
                                    )
TWENTIETH CENTURY FOX     )
          FILM CORPORATION,    )
                                    )
             Defendant(s).    )

## <u>NOTICE REGARDING EXHIBIT ATTACHMENT</u>

Exhibit A which is an attachment to Plaintiff's Motion to File Affidavit and DVD in

support of plaintiff's motion for partial summary judgment is in paper form only and is being

maintained in the case file in the Clerk's office.


                          NANCY MAYER-WHITTINGTON, Clerk


             By:   Kristin Brown

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LOUIS WHITEHEAD,

PLAINTIFF,

V.                          CASE No. 07-MS-00063    (Judge Ricardo Urbina)

TWENTIETH CENTURY FOX FILM CORP, ET AL.

DEFENDANTS,

ORDER

UPON CONSIDERATION of plaintiff David Louis Whitehead's motion for leave to attached affidavit and film dvds "The Passion of the Christ" in support of motion for partial summary judgment, it is ordered that the motion is _____ on the ____ day of _____ 2008.

_____
US District Court Judge

Copies to:

Beth Koch, of the Levine Law Firm

David Louis Whitehead