PRAECIPE

US DISTRICT &
BANKRUPTCY COURT
2008 FEB 11  PM 2:17
RECEIVED

# United States District Court
## for the District of Columbia

the _14th_ day of _Feb_ 20_08_

David L. Whitehead
vs.
Twentieth Century Fox Films, et al

Civil / Criminal Action No. 07 MC 00063 J. Urbina

The Clerk of said Court will _file all pleadings and letters held by the clerk's office, including Application to Proceed, Recusal, Motion to Reopen prior to the court's rulings on 2/5/08._

Date: Feb 11, 2008

Signature: [signed]

Print Name: DAVID L. Whitehead

Address: PO Box 222

City: Bryans Rd,   State: MD   Zip Code: 20616

Phone Number: 301-753-6188

**BAR IDENTIFICATION NO.**

Joe Burgess has filed of pleadings, not entered before 2/1/08.

### CERTIFICATE OF SERVICE

I certify under the laws of perjury that I served a copy of pleadings on defendants on 2/11/08.

[signed]