PRAECIPE

**United States District Court for the District of Columbia**

US DISTRICT &
BANKRUPTCY COURTS
2008 FEB 11 AM 11:13
RECEIVED

the ___11th___ day of ___Feb___ 19___ 2008___

DAVID L. Whitehead
vs.
Twentieth Century Fox Film
et al

J. Urbina
Civil / Criminal
Action No. 07MC0063

The Clerk of said Court will enter letter, which was submitted by Plaintiff to the Office of the clerk and Greg Hughes for attachment to the record, and notification to the court on conflict of interest, or appearance of conflict of interest. 28 USC 455a & b

Date: 2/11/08

Signature: /s/ L. Whitehead

Print Name: DAVID L. Whitehead

Address: P.O. BOX 272

City: Bryans Rd   State: MD   Zip Code: 20616

Phone Number: 301 7536188

**BAR IDENTIFICATION NO.**

Plaintiff was notified that Clerk's office had letter, and the Operations Division of the Clerks office, Mr Burgess was supposed to contact plaintiff on pleadings, before any rulings of the court. I reserve the right to attach letter on appearance and/or actual conflict of interest.
/s/ L. Whitehead

**CERTIFICATE OF SERVICE**

I certify under perjury that I served copy of pleadings on Defendants on 8/11/
/s/ L. Whitehead

RECEIVED
FEB 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT