PRAECIPE

# United States District Court
## for the District of Columbia

the __7th__ day of __Feb__ 19__

RECEIVED 2008 FEB -7 AM 10: 26 CLERK US DISTRICT & BANKRUPTCY COURTS

07ms 00063

DAVID Louis Whitehead
vs.
Twentieth Century Fox Film et al,

Civil / Criminal Action No. _____
J. Urbina

The Clerk of said Court will enter Plaintiff's EX A, letter from Billy Graham Evangelistic Assoc, to be attached to Plaintiff's Affidavit for further testimony, if necessary. Rev. Graham's can testify via video, or his associates.

Date: 7th Feb 2008

Signature: [signature]

Print Name: DAVID L. Whitehead

BAR IDENTIFICATION NO.
[See Attached EX A.]

Address: P.O. Box 222
City: Bryans Rd, State: MD, Zip Code: 20616
Phone Number: 301 7536188

### CERTIFICATE OF SERVICE

I certify under the laws of perjury that I served defendants a copy of pleading on 2/7/08.

[signature]





January 16, 2008

Mr. David Whitehead
PO Box 222
Bryans Road, MD 20616-0222

Dear Mr. Whitehead.

Thank you for writing to Mr. Graham. He regrets that he cannot personally receive and answer the many letters that are addressed to him, however, his associates represent him and we regard every letter as important.

We appreciate that you thought of Mr. Graham when seeking an affidavit or letter of support. We wish that it were possible for Mr. Graham to assist you. As you may imagine, he receives many similar requests. However, due to his age and physical condition, he finds it necessary to limit his activities and he has asked that we turn down requests that would require his personal attention. We trust you will understand. Perhaps our greatest contribution, on Mr. Graham's behalf, is to pray that God in His great plan for your life will bring about His will in this matter. We also recommend that you seek out the support and counsel of your pastor.

May God richly bless you.

Sincerely,

*Jamie M. Adams*

Jamie M. Adams (pw)
Administrative Services

1 Billy Graham Parkway  |  Charlotte, NC 28201  |  704-401-2432  |  billygraham.org