IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID LOUIS WHITEHEAD,

      PLAINTIFF,

V.                          CASE No. 07MC63 (Judge URBINA)

TWENTIETH CENTURY FOX FILM, ET AL.,

      DEFENDANTS.

*leave granted 4/24/08
Ricardo M. Urbina*

NOTICE OF APPEAL

      COMES Now plaintiff David Louis Whitehead with his NOTICE OF APPEAL of the District Court's Judge's rulings in this case, requesting recusal due to the appearance of conflicts of interest, pursuant to Fed. R. Civ. Pro. 28 U.S.C. 455a. Also see US v. Guy V. Tucker, (8th Cir. 1996).

      The opposing Counsel is affiliated as a law professor at Georgetown University, and the Judge Ricardo Urbina is a graduate of Georgetown University and Georgetown University Law Center. There is an appearance of a conflict of interest in the case, or an actual conflict stemming from the investigation of the Chief Judge Norma Holloway Johnson and Clinton appointees. 28 U.S.C. 455 a, b1, b4.

David L. Whitehead
P. O. Box 222 Bryans Rd Maryland 20616

## Certificate of Service

      I certify under the laws of perjury that I mailed copies of the pleading to the defendants on April 12, 2008.

David L. Whitehead