US DISTRICT &
BANKRUPTCY COURT
RECEIVED

# United States District Court
## District for Columbia

*leave to file granted 5/12 Ricardo M. Urbina*

DAVID Whitehead,

    Plaintiff

VS.

Twentieth Century Fox Film, et al

Case No. 07MC63

J. Urbina

## 2nd Notice of Appeal

Comes now Plaintiff David L. Whitehead with his second (2nd) notice of appeal relating to the court's ruling on the first appeal filed and dated April 24, 2008.

-2-

Plaintiff is appealing the entire record, however, the court has narrowed the appeal, and the Plantiff is appearing that decision, and all decisions.

Respectfully,
*[signature]*
DAVID L. Whitehead
PO BOX 222
Bryans Rd, MD
20616

Certificate of Service

I certify that I served defendant with Pleading on MAY 7, 2008

*[signature: Whitehead]*