# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-8005**                    **September Term 2007**

**1:07-mc-00063-UNA**

**Filed On: May 14, 2008** [1116242]

David L. Whitehead,

     Appellant

     v.

Twentieth Century-Fox Film Corporation,

     Appellee

## O R D E R

    It is **ORDERED**,  on the court's own motion, that this case be administratively terminated upon the docket of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Elizabeth V. Scott
      Deputy Clerk

# United States Court of Appeals

**District of Columbia Circuit**
**Washington, D.C.** 20001-2866

Mark J. Langer
Clerk

May 9, 2008

General Information
(202) 216-7000

David L. Whitehead
P.O. Box 222
Bryans Road, MD 20612

Dear Mr. Whitehead:

On March 20, 2001, in case No. 00-7163, the United States Court of Appeals for the District of Columbia Circuit ordered you to pay a sanction in the sum of $1,263.10 directly to appellees Time Warner, Inc. and Warner Brothers. No proof of payment from you was ever received by the court. In light of your failure to comply with the court's order, a second order was entered on April 30, 2001, enjoining you from filing any civil appeal or original action until you submit proof that the monetary sanction imposed on March 20, 2001, has been paid.

On May 6, 2008, the district court transmitted a notice of appeal concerning No. 1:07-mc-00063, <u>Whitehead v. Twentieth Century Fox Corporation</u>, to this court. Pursuant to the court's April 30, 2001 order, I am precluded from docketing the case. The court will maintain the case in a miscellaneous file. Upon proof of payment of the sanction, we will open the case and assign it a docket number.

For your convenience, I have enclosed copies of the above-referenced orders.

Sincerely,

Mark J. Langer,
Clerk

Enclosures

cc: Hon. Ricardo Urbina
    Clerk, United States District Court for the District of Columbia

E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE ● 333 CONSTITUTION AVENUE N.W.

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-7163**                                    **September Term, 2000**
                                                              97cv00752

                                                   **Filed On: March 20, 2001 [583908]**

David L. Whitehead,
           Appellant

           v.

Warner Brothers Incorporated, et al.,
           Appellees

**BEFORE:**    Williams, Sentelle, and Rogers, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing; and the accounting of costs and attorneys' fees of appellees Time Warner, Inc., and Warner Brothers, and the opposition thereto, it is

**ORDERED** that the petition for rehearing be denied.  It is

**FURTHER ORDERED** that appellant pay directly to appellees Time Warner, Inc., and Warner Brothers costs and attorneys' fees incurred in defending this appeal in the amount of $1,263.10, within 30 days of the date of this order.  Appellant's failure to submit to this court proof that the monetary sanction has been paid may result in appellant being enjoined from filing any civil appeals or original actions until the sanction is paid.

The Clerk is directed to send a copy of this order to appellant both by certified mail, return receipt requested, and by first class mail.

### Per Curiam

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                    BY:

                                        Robert A. Bonner
                                        Deputy Clerk/LD

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-7163**

**September Term, 2000**
**97cv00752**

**Filed On: April 30, 2001** [592967]

David L. Whitehead,
          Appellant

    v.

Warner Brothers Incorporated, et al.,
          Appellees

**BEFORE:**    Williams, Sentelle, and Rogers, Circuit Judges

## O R D E R

Upon consideration of this court's order filed March 20, 2001, directing appellant to pay a monetary sanction by April 19, 2001, and appellant's failure to submit proof that the sanction has been paid, it is

**ORDERED** that, as of the date of this order, David L. Whitehead be enjoined from filing any civil appeal or original action until he submits proof that the monetary sanction imposed on March 20, 2001, has been paid.  It is

**FURTHER ORDERED** that the Clerk of the court shall refuse to accept and docket any future civil appeal or original action filed by Mr. Whitehead until further order of the court.

The Clerk is directed to send a copy of this order to appellant both by certified mail, return receipt requested, and by first class mail.

### Per Curiam

          **FOR THE COURT:**
          Mark J. Langer, Clerk

      BY:

          Deputy Clerk/LD